# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.  **EDCV 14-00730-DTB**                                             Date: **February 2, 2015**

Title: **Xerox Corporation v. K.S. Printing**
================================================================
**DOCKET ENTRY**
================================================================
PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

| D. Castellanos | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PETITIONER:              ATTORNEYS PRESENT FOR RESPONDENT:
    None present                                                              None present

**PROCEEDINGS:**     **ORDER TO SHOW CAUSE FOR FAILURE TO PROSECUTE (IN CHAMBERS)**

   On August 8, 2014, the parties consented to proceed before a United States Magistrate Judge.  This case was reassigned to Magistrate Judge David T. Bristow for all further proceedings. The parties to this action were initially scheduled to have a status conference on August 15, 2014.  On August 12, 2014, the Court was advised by plaintiff's counsel that there was a "very good chance" the case would settle.  Accordingly, the Court took the August 15, 2014 status conference off-calendar.
   Five months have passed, and, to date, no such notice of settlement has been filed.  Accordingly, the Court ORDERS plaintiff to show cause in writing by February 28, 2014, why the action should not be dismissed for failure to prosecute.  The Court will construe the submission of a notice of settlement by that deadline as compliance with this order.

   **IT IS SO ORDERED.**