| | |
|---|---|
| 1 | **HEMAR, ROUSSO & HEALD, LLP** |
| | PAMELA L. COX (SBN 191883) |
| 2 | ROBERT V. MCKENDRICK (SBN 169138)    **JS-6** |
| | E-mail address: rmckendr@hemar-rousso.com |
| 3 | 15910 Ventura Boulevard, Ste. 1201 |
| | Encino, CA  91436-2829 |
| 4 | Telephone:     (818) 501-3800 |
| | Facsimile:      (818) 501-2985 |

File No. 3978-20140257-RVM

Attorneys for Plaintiff,
XEROX CORPORATION, a corporation

### IN THE UNITED STATES DISTRICT COURT FOR THE

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XEROX CORPORATION, a corporation, | Case No. EDCV 14-730 VAP (DTBx) |
| Plaintiff, | **ORDER ON DISMISSAL** |
| vs. | TRIAL |
| | DATE:    September 1, 2015 |
| K. S. PRINTING, a California corporation, | TIME:    9:00 a.m. |
| | CTRM:   3 |
| Defendants. | |

**Upon reading Plaintiff's Request for Dismissal,**

IT IS SO ORDERED that the Complaint in this matter is dismissed without prejudice.  The Court retains jurisdiction to enforce the terms of the parties' settlement agreement.

**IT IS SO ORDERED.**

DATED: July 20, 2015

_____
Judge David T. Bristow