**HEMAR, ROUSSO & HEALD, LLP**
PAMELA L. COX (SBN 191883)
ROBERT V. MCKENDRICK (SBN 169138)
E-mail address: rmckendr@hemar-rousso.com
15910 Ventura Boulevard, Ste. 1201
Encino, CA 91436-2829
Telephone: (818) 501-3800
Facsimile: (818) 501-2985

File No. 3978-20140257-RVM

Attorneys for Plaintiff,
XEROX CORPORATION, a corporation

# IN THE UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XEROX CORPORATION, a corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>K. S. PRINTING, a California corporation,<br><br>    Defendants. | Case No. EDCV 14-730 VAP (DTBx)<br><br>JUDGMENT PURSUANT TO WRITTEN STIPULATION FOR ENTRY OF JUDGMENT<br><br>Magistrate Judge David T. Bristow |

Pursuant to the written Stipulation for Entry of Judgment, the Court orders the following Judgment:

IT IS HEREBY ADJUDGED, DECREED, AND ORDERED that pursuant to the terms of the Stipulation for Entry of Judgment, Plaintiff, XEROX CORPORATION, a corporation, recover from Defendant K.S. PRINTING, a Utah Corporation, erroneously named as K.S. PRINTING, a California corporation, in the principal amount of $350,000.00 minus payments of $24,600.00 **for a total Judgment amount of $325,400.00**.

The Clerk is to enter Judgment.

DATED: February 2, 2018

_____
Jesus G. Bernal, United States District Judge